1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Hayes,               ) | No. CV 03-2550 PHX NVW |
|                              ) | |
|      Plaintiff,              ) | **ORDER DISMISSING CASE** |
|                              ) | |
| vs.                          ) | |
|                              ) | |
| Maricopa County Sheriffs Office, et al., ) | |
|                              ) | |
|      Defendants.             ) | |
|                              ) | |

On October 11, 2005, the parties filed a Notice to the Court of Settlement (doc. #54) advising the court that this case has settled. On October 12, 2005, the court issued its order setting a deadline for dismissal on November 14, 2005 (doc. #55). That date has passed, and the parties have not filed a stipulated motion to dismiss or request for reinstatement.

**IT IS THEREFORE ORDERED** dismissing this case against defendants Brunch and Tate without prejudice, each party to bear its own attorneys fees and costs.

**IT IS FURTHER ORDERED** vacating any pending deadlines or hearings and directing the clerk to terminate this case.

DATED this 21st day of November, 2005.

_Neil V. Wake_
Neil V. Wake
United States District Judge